FILED BY _____ D.C.

05 OCT 14 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Lazaro Despaigne Borrero ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Timothy Smart, Will Lowery, Paul ) <br> Romesburge, Derrell Conner, T.C. Outlaw, ) <br> P. Bartley ) <br> Defendant(s) ) <br> ) | Case No. 2:05cv2465-Ml/V |

## ORDER DENYING DEFAULT JUDGMENT

On September 9, 2005, Plaintiff Lazaro Despaigne Borrero, submitted motion for default judgment against all Defendants.

**Entry of Default** may be entered when party whom a judgment is sought has failed to plead or otherwise provided and fact is made to appear by affidavit or otherwise pursuant to FRCvP 55 (a).

**Default Judgment** is therefore **DENIED** as there has been no Service of Process or Entry of Default as to the Defendant(s).

Entered this 14th day of October, 2005.

THOMAS M. GOULD
Clerk of Court

By: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05

(7)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02465 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Lazaro Despaigne Borrero
12973-074
Federal Correctional Institution
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT